| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| YELENA TARASHCHANSKAYA, | ) | |
| | ) | Case No. 06-6328 MJJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY; | ) | **STIPULATION TO DISMISS; AND** |
| *et al.,* | ) | **[PROPOSED] ORDER** |
| | ) | |
| Defendants. | ) | |

18  Plaintiff, by and through her attorneys of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

20 above-entitled action without prejudice in light of the fact that the United States Citizenship and

21 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

22 to do so within 30 days of the dismissal of this action.

23  Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26 ///

27 ///

28 ///

STIP. TO DISMISS
C 06-6328 MJJ

Date: November 1, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 1, 2006

/s/
GERI N. KAHN
MONICA KANE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/1/2006

MARIA-ELENA JAMES
United States Magistrate Judge